```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   INDICTMENT
                                 :
        - v. -                   :   22 Cr.
                                 :
ISHMAEL WILLIAMS,                :
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - x
```

22 CRIM 141

## COUNT ONE

The Grand Jury charges:

1. On or about February 17, 2022, in the Southern District of New York, ISHMAEL WILLIAMS, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, an SR22 .22-caliber Ruger semi-automatic, and the firearm was in and affecting interstate and foreign commerce.

(Title 18, United States Code,
Sections 922(g)(1), 924(a)(2), and 2.)

_____          _____
FOREPERSON                                DAMIAN WILLIAMS
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ISHMAEL WILLIAMS,

　　　　　　　　　　　　　　　　Defendant.

---

INDICTMENT

22 Cr.

(Title 18, United States Code,
Sections 922(g)(1), 924(a)(2), and 2.)

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson

---

03/03/22
(CA)

Indictment filed
WHEAL A. DJ VYSKOCIL
KH PARKER
USMJ