

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022

March 17, 2022

**By ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ishmael Williams*, 22 CR 141 (MKV)

Dear Judge Vyskocil,

The Government submits this letter on behalf of the parties to request respectfully that the Court reschedule the arraignment and initial appearance of the defendant, who refused production to the courthouse on March 15, 2022, to March 22, 2022 at 11:00 AM, a date and time that the parties understand is convenient to the Court. With the consent of the defendant, the Government further requests respectfully that the Court exclude time under the Speedy Trial Act from March 17, 2022 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in being able to able to appear before the Court with appointed counsel and in the interim beginning to receive and review discovery, and consider the availability of any pretrial motions and any pretrial disposition.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Raoul Zaltzberg (Counsel to Ishmael Williams) (By ECF)

**GRANTED. The arraignment is rescheduled to March 22, 2022 at 11:00am by reason of Defendant's refusal to be produced for arraignment as scheduled on March 15, 2022. On consent of the Defendant, the Court excludes time between now and March 22, 2022. The Court finds that the interest of justice served by the exclusion of such time outweighs the interest of the Defendant and the public in a speedy trial. The exclusion allows time for the Defendant to confer with his counsel with respect to the arraignment, to personally appear for arraignment, to begin to receive and review initial discovery, and contemplate any pre-trial motions, should he desire. SO ORDERED.**

Date: 3/17/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge