USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ISHMAEL WILLIAMS,

Defendant.

1:22-cr-141 (MKV)

**ORDER EXCLUDING TIME**

MARY KAY VYSKOCIL, United States District Judge:

On March 22, 2022, the Court held an arraignment and hearing during which Defendant Ismael Williams plead not guilty to the one-count Indictment in this matter. As discussed at the initial conference portion of the hearing:

IT IS HEREBY ORDERED THAT the Government shall provide the Defendant with a proposed protective order by March 25, 2022. The Defendant shall provide the Government with any comments or revisions by March 30, 2022. Thereafter, the protective order shall be submitted to the Court. The Government shall produce all discovery to the Defendant by April 30, 2022.

IT IS FURTHER ORDERED THAT any motions, with respect to discovery or otherwise, shall be made on or before July 6, 2022. Any opposition to such motion shall be due on or before July 20, 2022, and any reply shall be due on or before July 27, 2022. The Parties shall appear for a status conference on August 15, 2022 at 11:00am.

IT IS FURTHER ORDERED THAT, on consent of the Defendant, all time between now and August 15, 2022 is excluded for purposes of the Speedy Trial Act to allow time for the Government to produce discovery materials, the Defendant to review the discovery materials, allow the Defendant to consider and prepare any motions, and to allow discussion with respect to consensual resolution, if the Parties so desire. The Court finds that the interest of justice served

by the exclusion of such time outweighs the interest of the Defendant and the public in a speedy trial.

**SO ORDERED.**

Date:  **March 22, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2