USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023

# Raoul Zaltzberg, Esq.

| Zaltzberg Law | *Attorney at Law* | (212) 609-1344 |
| 14 Wall Street, 20th Floor | | (212) 609-1345 |
| New York, New York 10005 | www.zaltzberglaw.com | Raoul@ZaltzbergLaw.com |

_____

November 30, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court Judge
500 Pearl St.
New York, NY 10007

                Re:  *United States v. Ishmael Williams*
                    22 CR 141 (MKV)

Dear Hon. Judge Vyskocil,

      I represent Ishmael Williams in the above-captioned proceeding. I am writing to request that his sentencing date, currently scheduled for 2/1/23, be adjourned for 2-3 weeks. I make this request both because I was only finally able to see Mr. Williams yesterday due to issues at MDC and because we have only received the PSR yesterday. The Government consents to this one-time adjournment request. I would request a late February or early March date. I further continue to consent to the stoppage of time under the Speedy Trial Act, 18 U.S.C. §3161. Thank you.

                                                              Sincerely,
                                                 _____/s/_____
                                                 Raoul Zaltzberg, Esq.

---

**GRANTED.  The sentencing scheduled for February 1, 2023 is hereby adjourned to February 22, 2023 at 3:00 PM.  SO ORDERED.**

Date: 1/17/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge